# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| Janette Nelson, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Lowe's Home Centers, Inc. )<br>    Defendant. ) | Civil Action NO. 3:12-cv-068<br>JUDGE PHILLIPS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby submit this stipulation of dismissal of this action with prejudice.

DATED this __ day of November, 2012.

_____
Thomas W. Phillips, Judge

APPROVED FOR ENTRY:

BASS, BERRY & SIMS PLC

By: /s/ Tim K. Garrett
Timothy K. Garrett (BPR #012083)
L. Lymari Cromwell (BPR #027405)
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6270
Email: tgarrett@bassberry.com

BURKHALTER, RAYSON & ASSOCIATES
By: /s/ Ronald A. Rayson
Ronald A. Rayson
David Burkhalter, II
111 S. Central Street
P. O. Box 2777
Knoxville, Tennessee 37901
(865) 524-4974
Email: ron@burkhalterrayson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Tim K. Garrett

11295647.1